IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT prolong VIRGINIA
Alexandria Division

| | |
|---|---|
| PAUL FRASCELLA<br>United States of America, <u>Ex. Rel.</u><br><br>     Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, <u>et al.</u><br><br>     Defendants. | 1:07cv529(LMB/TRJ) |

ORDER

On April 2, 2010, the United States intervened in this <u>qui tam</u> action, the Complaint was unsealed, and the United States was ordered to serve the Complaint on defendants within 120 days. Counsel for defendants have entered appearances, but there is no indication in the record that the United States has served the defendants. Accordingly, it is hereby

ORDERED that the United States promptly file evidence of service as soon as service is perfected.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 10th day of June, 2010.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge