IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u><br>　　　PAUL FRASCELLA<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ORACLE CORPORATION, <u>et al.</u>,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　1:07cv529 (LMB/TRJ)<br>)<br>)<br>)<br>)<br>) |

ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendants' Motion to Dismiss First Amended Complaint in Intervention [Dkt. No. 52] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 14th day of January, 2011.

Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Leonie M. Brinkema
　　　　　　　　　　　　　　　　　United States District Judge