**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ex rel. PAUL FRASCELLA<br><br>v.<br><br>**ORACLE CORP., ORACLE AMERICA,** et al.<br><br>Defendants. | **CASE NO. 1:07cv529 (LMB/TRJ)** |

**RELATOR'S MOTION TO COMPEL PROMPT PRIVILEGE LOG**
**TO EXPEDITE RESOLUTION OF POTENTIAL PRIVILEGE DISPUTES**

Relator Paul Frascella, by undersigned counsel, moves to compel Defendants to produce a prompt privilege log to expedite resolution of potential privilege disputes that may affect the timing and sequence of discovery. In support of this motion, Relator submits an accompanying Brief in Support of Relator's Motion to Compel Prompt Privilege Log to Expedite Resolution of Potential Privilege Disputes and proposed Order.

**CERTIFICATION OF COUNSEL**

Counsel for Relator certifies that counsel for all parties met in person on Wednesday, February 2, 2011 and discussed procedural proposals for resolving Defendant's objections to certain of Relator's document requests that would potentially include communications with counsel for which Defendants would assert privilege. Counsel continued their discussions in the emails attached to this Motion, and in a phone call on February 4. Counsel were unable to work out an agreement by the time necessary to file this motion to get it noticed on the Court's docket for next week. However, counsel plan to talk again this evening. Communications between counsel on these issues have been professional and courteous. Relator's counsel remain hopeful

that Defendants' counsel may obtain client approval for some compromise that may obviate the need for judicial intervention, at least with respect to the privilege log issue.

        Respectfully submitted,

        _____/s/_____
        Christopher B. Mead VSB#39304
        London & Mead
        1225 19th Street, N.W.
        Suite 320
        Washington, D.C. 20036
        (202) 331-3334

Of Counsel:

Mark London
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036
(202) 331-3334

        Counsel for Relator Paul Frascella

## CERTIFICATE OF SERVICE

I certify that on this 4th day of February, 2011, a copy of Relator's Motion to Compel Prompt Privilege Log to Expedite Resolution of Potential Privilege Disputes, Brief in Support, and proposed order was electronically filed and served electronically on the following:

Joyce R. Branda
Sara Mclean
David B. Wiseman
Christelle Klovers
Melissa Handrigan
U.S. Department of Justice
601 D Street, NW, Room 9032
Washington, DC 20004
david.wiseman@usdoj.gov

Richard Sponseller
United States Attorney's Office
Justin W.Williams U.S. Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
richard.Sponseller@usdoj.gov

Drew Harker (admitted *pro hac vice*)
John N. Nassikas III
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
john.Nassikas@aporter.com
drew.Harker@aporter.com

Kristen E. Ittig (VSB #74362)
ARNOLD & PORTER LLP
1600 Tysons Boulevard, Suite 900
McLean, Virginia 22102-4865
kristen.Ittig@aporter.com

/s/
Christopher B. Mead