# **EXHIBIT 7**

| | |
|---|---|
| **From:** | Daniel McMurrer <Daniel.McMurrer@oracle.com> |
| **Sent:** | Wednesday, May 28, 2003 9:59 PM |
| **To:** | Strain,Steven <STEVE.STRAIN@ORACLE.COM> |
| **Cc:** | Tracy Welsh <nasinfo_us@oracle.com>; GSAINFO_US <GSAINFO_US@ORACLE.COM> |
| **Subject:** | Re: [Fwd: GSA Question] |
| **Attach:** | Daniel.McMurrer.vcf |

There is a difference between the GSA contract and the GSA Schedule. The GSA Schedule (which is available on Oracle.com) contains the pricing terms and conditions for the licenses purchased by the ordering agency (ie.payment terms). The GSA Contract is between Oracle and GSA itself. Items such as the price reduction clause are located in the contract as they apply to the relationship between GSA and Oracle. Obviously we are not going to share our contractual terms with GSA just as we would not do that with any agreements with our commercial accounts. The issue should not be addressed such as that we cannot offer this price on deals under $200k in net license fees. Instead we should simply tell this customer that these are the prices offered to GSA customers....a contract under which we do over $300M direct in net license annually through this contract. This does not even take into account all the indirect business (ie.reseller, state contracts) that are based on the schedule. If they are doing a deal the size of which is applicable to the transaction bands in the Schedule they should not exceed the discounts we give a customer who is doing $300M annually with us. If the transaction is large enough...just as with GSA...the pricing is negotiable. From what we can tell here...as the deal is under $200k in net license fees we need to enforce the GSA pricing restrictions. Message to send is that these discounts have been deemed fair and reasonable for a customer doing $300M with us and they should be for this customer as well. If this does not fly you always have the option of running this through a reseller.

Tracy Welsh wrote:

```
FYI...told them to contact you.

Tracy
```

**Subject:** GSA Question
**Date:** Wed, 28 May 2003 15:14:20 -0700
**From:** Steve Strain <steve.strain@oracle.com>
**Organization:** Oracle Corporation
**To:** NASINFO_US <NASINFO_US@ORACLE.COM>
**CC:** "Volpentest,James" <JAMES.VOLPENTEST@ORACLE.COM>

Hi Tracy,
I am in urgent need for something that I can send to my customer regarding GSA guidelines and what we have to follow from a discounting perspective. I have sent the GSA Price List and in blue is what I got back from Baxter. Do we have anything customer facing that I can send the customer and quiet them once and for all. Thank you very much for the help I really appreciate it.

All that gives is the government discount schedule but it doesn't say anything about that you

ORACLE - 00053419

can't sell to other customers with discounts higher than 30% for orders less than $200K. Where is that language? Without that additional language I see no restrictions on Oracle's ability to sell your products at whatever discount level you choose. (GSA argument goes away).

--
Daniel L. McMurrer
GSA Contract Administrator
(P)703.364.8017
(F)703.364.2002

See Price Lists at http://www.oracle.com/corporate/pricing/ for a copy of Oracle's current GSA Schedule.

Find additional GSA Schedule Info (such as the GSA Quote Template and Promotions) under What's Hot on the Spot (http://spot.us.oracle.com/)

Find the GSA Guidelines at
http://esource.oraclecorp.com/pls/esrc/docs/LICENSING/GSA_GUIDELINES.HTM

ORACLE - 00053420