UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,
*ex rel.* PAUL FRASCELLA,

        Plaintiff,

        v.

ORACLE CORP., *et al*.

        Defendants.

CASE NO. 1:07cv529 (LMB/TRJ)

## NOTICE OF STIPULATION OF THE PARTIES RELATING TO REMOTE ACCESS AND REQUEST FOR THE COURT TO ENTER PROPOSED ORDER

The parties to the suit -- Oracle Corp. and Oracle America Inc. (collectively, "Oracle"), the United States Government, and the Relator -- have agreed that in response to a request, the United States Government and the Relator will be provided with remote read-only access to the Order Management ("OM"), eZorder, pricing agreements and the AR transaction form within Oracle's Global Single Instance ("GSI") database for the purpose of reviewing U.S. orders placed between 1998 and 2006.  The parties believe this agreement will expedite some of the key discovery issues in this case.  In order to effectuate this agreement, the parties believe that an Order from this Court is necessary.  Accordingly, the parties respectfully request that the Court enter the attached Proposed Stipulation and Order Relating To Remote Access.

Respectfully submitted,

/s/
Kristen E. Ittig (VSB #74362)
ARNOLD & PORTER LLP
1600 Tysons Boulevard, Suite 900
McLean, VA 22102-4865
Direct: 703.720.7035
Facsimile: 703.720.7399
Email: Kristen.Ittig@aporter.com

/s/
Drew Harker (admitted *pro hac vice*)
John N. Nassikas III (VSB #24077)
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Telephone: 202.942.5000
Facsimile: 202.942.5999
Email: John.Nassikas@aporter.com
Email: Drew.Harker@aporter.com

*Counsel for Defendants Oracle Corp., Oracle America , Inc.*

/s/
Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
cmead@londonandmead.com

*Counsel for Relator*

/s/
Richard Sponseller
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams U.S. Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Richard.Sponseller@usdoj.gov

*Counsel for United States*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of April, 2011, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard Sponseller
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams U.S. Attorney Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Richard.Sponseller@usdoj.gov

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
cmead@londonandmead.com

                                                           /s/
                                       Kristen E. Ittig (VSB #74362)
                                       ARNOLD & PORTER LLP
                                       1600 Tysons Boulevard, Suite 900
                                       McLean, VA  22102-4865
                                       Direct:  703.720.7035
                                       Facsimile:  703.720.7399
                                       Email:  Kristen.Ittig@aporter.com